Douglas E. Dexter (State Bar No. 115868)
Rebecca H. Stephens (State Bar No. 299234)
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant AMAZON.COM
SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAIRRIN SIMONE LEHMAN, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, LLC, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER §1441** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF DAIRRIN SIMONE LEHMAN:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC[1] ("Amazon" or "Defendant"), pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Sacramento.

**I.  FACTUAL AND PROCEDURAL BACKGROUND**

On August 14, 2023, Plaintiff DAIRRIN SIMONE LEHMAN ("Plaintiff") filed a civil

---

[1] Amazon.com Services LLC is incorrectly named in the Complaint as "Amazon.com Services, LLC."

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION
UNDER §1441

44219\16377619.1

complaint in the Superior Court of the State of California, County of Sacramento, titled *DAIRRIN SIMONE LEHMAN v. AMAZON.COM SERVICES, LLC ET AL.*, Case No. 23CV006718. A true and correct copy of the Complaint (hereinafter the "Complaint"), together with its Civil Case Cover Sheet, is attached as **Exhibit A** to the Declaration of Rebecca H. Stephens ("Stephens Decl.") submitted concurrently herewith. *See* Stephens Decl., ¶ 2 **Exh. A**.

In her Complaint, Plaintiff alleges twelve causes of action against Amazon: (1) Disability Discrimination in Violation of FEHA; (2) Retaliation in Violation of the FEHA.; (3) Failure to Prevent Discrimination and Retaliation in Violation of FEHA; (4) Failure to Provide Reasonable Accommodation in Violation of FEHA; (5) Failure to Engage in Good Faith Interactive Process in Violation of FEHA; (6) Violation of California Pregnancy Disability Leave Law; (7) Declaratory Judgment; (8) Retaliation in Violation of Lab. Code § 1102.5; (9) Wrongful Termination in Violation of Public Policy; (10) Battery; (11) Negligent Supervision and Retention; and (12) Failure to Permit Inspection of Personnel and Payroll Records. *See* Stephens Decl., ¶ 2; **Exh. A**. Plaintiff seeks compensatory damages, general damages, special damages, costs of suit, attorneys' fees, expert witness fees, punitive damages, declaratory and injunctive relief, post-judgment interest, costs of suit, and other relief that is just and proper. *See* Stephens Decl., ¶ 2; **Exh. A** at 25 - 26.

On August 18, 2023, Amazon was served with Plaintiff's Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit B**. *See* Stephens Decl., ¶ 3; **Exh. B**. On September 14, 2023, Amazon answered Plaintiff's Complaint in State Court, and its Answer is attached as **Exhibit C** to the Declaration of Rebecca H. Stephens submitted concurrently herewith. *See* Stephens Decl., ¶ 4; **Exh C**.

**II.    THE NOTICE OF REMOVAL IS TIMELY**

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading." *See* 28 U.S. §1446(b)(2)(B).

**III.    THIS COURT HAS DIVERSITY JURISDICTION**

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship. *See* 28 U.S.C. § 1332(a) ("The district courts shall have original

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER §1441

2

44219\16377619.1

jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

First, Plaintiff and Defendant are citizens of different states. Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all material times. *See* Stephens Decl., ¶ 2; **Exh. A** at 2 ¶ 2.

Defendant Amazon.com Services LLC is not a citizen of California. For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit D** to the Declaration of Rebecca H. Stephens submitted concurrently herewith. *See* Stephens Decl., ¶ 5; **Exh. D**.

Moreover, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks compensatory damages, general damages, special damages, punitive damages, attorneys' fees, and more. *See* Stephens Decl., ¶ 2; **Exh. A** at 25 - 26. California federal courts have routinely found that the amount-in-controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Chambers v. Penske Truck Leasing Corp.*, 2011 WL 1459155, at *3–4 (E.D. Cal. Apr. 15, 2011) (holding the amount in controversy requirement satisfied in disability discrimination case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Ochoa v. Costco Wholesale Corp.*, 2023 WL 2861906, at *3–4 (E.D. Cal. Apr. 10, 2023) (holding the amount in controversy requirement satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Zamudio v. Aerotek, Inc.*, 2022 WL 458059, at *5–6 (E.D. Cal. Feb. 15, 2022) (holding the amount in controversy requirement satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees). Thus, removal is proper based on this Court's diversity

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER §1441

3

44219\16377619.1

jurisdiction.

## IV. VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  This Court embraces the Superior Court of the State of California for the County of Sacramento, which is where Plaintiff's Complaint was originally filed.  Accordingly, this Court is the appropriate court to which to remove this action.

## V. NOTICE OF REMOVAL

Defendant will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Sacramento.

Dated:  September 18, 2023            FARELLA BRAUN + MARTEL LLP

By:  /s/ Rebecca H. Stephens
        Rebecca H. Stephens

Attorneys for Defendant AMAZON.COM SERVICES LLC

---

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER §1441

4

44219\16377619.1